IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **VAN SOLKEMA PRODUCE, INC.,** : | |
| : | |
|    **Plaintiff,** : | |
| : | |
| : | Civil Action No. |
| **v.** : | 7:09-CV-28(HL) |
| : | |
| **FLOWER BROTHERS PRODUCE,** : | |
| **COMPANY, LLC, et al.** : | |
| : | |
|    **Defendants.** : | |

## ORDER

The parties' Motion to Adopt Stipulated Preliminary Injunction Order and Cancel Hearing (Doc. 24) is granted. The hearing scheduled for July 27, 2009, at 9:30 a.m. is canceled.

**SO ORDERED**, this the 24th day of July, 2009.

          *s/   Hugh Lawson*
          **HUGH LAWSON, Judge**

dhc