UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **VAN SOLKEMA PRODUCE,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**FLOWERS BROTHERS PRODUCE**<br><br>**Defendants.** | **Case No.: 7:09-cv-00028-**<br><br>**Honorable Hugh Lawson**<br><br>**DEFAULT FINAL JUDGMENT** |

Upon the Motion of the Plaintiff, the Memorandum in Support, the Affidavit of Katy Koestner Esquivel, and the Affidavit of Charles E. ("Chipper") Glenn, demonstrating that Defendants Flowers Brothers Produce Company, LLC, Farm Direct Produce, LLC, William R. ("Chip") Flowers, and Eugene M. ("Bo") Flowers, III have failed to plead or otherwise defend in this action; that Defendants owe Plaintiff Van Solkema Produce, Inc. the sum of $41,088.75, under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(c) ("PACA"); and that Defendants are not infants, incompetent persons, nor in the military service of the United States, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Van Solkema Produce, Inc., is a valid trust beneficiary of Defendant Flowers Brothers Produce Company, LLC,

under Section 5(c) PACA, 7 U.S.C. §499e(c), in the amount of $41,088.75, and it is further

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff Van Solkema Produce, Inc. and against Defendants Flower Brothers Produce Company, LLC, Farm Direct Produce, LLC, William R. ("Chip") Flowers, and Eugene M. ("Bo") Flowers, III, jointly and severally, in the principal amount of $41,088.75, plus interest at the rate of 18% in the amount of $10,276.31, costs in the amount of $732.62, and attorneys fees in the amount of $12,771.00, together totaling $64,868.68, under the trust provisions of the PACA, 7 U.S.C. §499e(c), for which let execution issue forthwith.

DATED: October 30, 2009             s/ Hugh Lawson
                                    Hugh Lawson, District Judge